UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 24-CV-22382-RAR

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

VICTOR PASTOR
        *Plaintiff*,

v.

FCA US LLC,
        *Defendant*.

## JOINT SCHEDULING REPORT

The Parties submit this Joint Scheduling Report after conducting a telephonic meeting regarding a pretrial scheduling order pursuant to S.D. Fla. L.R. 16.1 and 26.1, and report as follows:

**(A)**     **The likelihood of settlement:**

The parties believe there is a good possibility this case will settle prior to trial. Counsel for the parties have worked together on multiple cases involving the same alleged product defect, and most of those cases have been resolved without prolonged litigation.

**(B)**     **The likelihood of appearance in the action of additional parties:**

At this juncture, given the facts known to the Parties, the Parties agree that there are no other parties anticipated to be added to this action. Depending on expert opinions, additional parties may be added.

**(C)**     **Proposed limits on the time:**

    **(i)**     **to join other parties and to amend the pleadings:**

        April 10, 2025

**(ii)    to file and hear motions:**

August 11, 2025

**(iii)    to complete discovery:**

July 11, 2025

**(D)    Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment:**

The parties will work in good faith to eliminate the presence of any frivolous issues.

**(E)    The necessity or desirability of amendments to the pleadings:**

*See supra* paragraph B and the time limits in paragraph C.

**(F)    The possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence:**

The parties will work in good faith to obtain admissions and stipulations that will serve to limit the issues in the dispute and reduce the time needed to conduct a trial. The parties anticipate electronic discovery and will cooperate in good faith to develop a protocol to facilitate any such electronic discovery.

**(G)    Suggestions for the avoidance of unnecessary proof and of cumulative evidence:**

The parties will work in good faith to eliminate unnecessary proof and cumulative evidence at trial.

**(H)    Advisability of referring matters to a Magistrate Judge or master:**

The parties agree that discovery matters may be referred to the Magistrate Judge. A Consent Form is attached below as Exhibit A.

**(I)    Preliminary estimate of the time required for trial:**

The parties estimate that 5-7 trial days will be needed.

**(J)    Requested date or dates for conferences before trial, a final pretrial conference, and trial:**

The parties request that trial be set in October 2025 and the court set a pretrial conference based that trial date.

**(K)    Any issues about:**

(i)    disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced;

(ii)   claims of privilege or of protection as trial-preparation materials, including -- if the parties agree on a procedure to assert those claims after production -- whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502;

(iii)  when the parties have agreed to use the ESI Checklist available on the Court's website (www.flsd.uscourts.gov), matters enumerated on the ESI Checklist:

The parties do not anticipate any issues on these topics.

**(L)    any other information that might be helpful to the Court in setting the case for status or pretrial conference.**

The parties do not believe that any other information would be helpful to the Court at this time.

Dated: August 12, 2025

                                        Respectfully Submitted,

                                        */s/ James L. Mitchell*
                                        **JAMES L. MITCHELL**
                                        State Bar No. 14214300
                                        Jim@PayneMitchell.com

       **ANDREW S. BULLARD**
State Bar No. 24104622
abullard@paynemitchell.com
**PAYNE MITCHELL RAMSEY LAW GROUP**
3500 Maple Avenue, Suite 1250
Dallas, Texas 75219
214/252-1888 Telephone
214/252-1889 Facsimile

AND –

Sean C. Domnick
Florida Bar No.: 843679
sean@dcwlaw.com
Matthew T. Christ
Florida Bar No.: 0119106
Domnick Cunningham & Yaffa
2401 PGA Boulevard, Suite 140
Palm Beach Gardens, FL 33410
Telephone: (561) 625-6260

ATTORNEYS FOR PLAINTIFF

*/s/ Christopher S. Branton*
Robert M. Fulton
Florida Bar No. 0008516
Nicole Walsh
Florida Bar No. 111961
Christopher S. Branton
Florida Bar No. 0825611
HILL, WARD & HENDERSON, P.A.
Post Office Box 2231
Tampa, FL 33601
bob.fulton@hwhlaw.com
nicole.walsh@hwhlaw.com
chris.branton@hwhlaw.com
Tel: (813) 221-3900
Fax: (813) 221-2900
*Attorneys for Defendant FCA US LLC*